# EXHIBIT "A"

## Case History

| | | | |
|---|---|---|---|
| ☐ Filed by Plaintiff | **Case Number:** 2023C000425 ➕ | | **Division:** 304 |
| ☐ Filed by Defendant | **Case Type:** Money | | **Judicial Officer:** Roberto A Silva |
| ☐ Filed by Court | **Case Caption:** Catulli, Ray et al v. Sallie Mae | | **Court Location:** Pueblo County |

Download      Show 20 ▾   1 - 3 of 3

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security | |
|---|---|---|---|---|---|---|---|---|
| ☐ | N/A (Details) | 12/22/2023 3:46 PM | N/A | N/A | Ray Catulli | ☐ | **Filing Other** | Power of Attorney | Public |
| ☐ | N/A (Details) | 12/22/2023 3:43 PM | N/A | N/A | Ray Catulli | ☐ | **Complaint between $15K- $25K** | Complaint between $15K- $25K | Public |
| ☐ | N/A (Details) | 12/22/2023 3:40 PM | Leanna Salazar | Pueblo County | N/A | ☐ | **Summons - Issued** | January 17th, 2024 @ 2pm | Public |

1 – 3 of 3

County Court _____Pueblo_____ County, Colorado

Court Address: 501 N. Elizabeth ave
Pueblo, Colorado 81003

Plaintiff(s): Ray Catulli / Toni R Catulli
4116 Goodnight ave
Pueblo, Colorado 81005

v.

Defendant(s): Sallie Mae (DBA Sallie Mae Bank)
P.O. Box 8459
Philadelphia, PA 19101

ASSIGNED TO THE _____
OF THE PERSONAL _____
DEC 2 2 2023
▲ COURT USE ONLY ▲
PUEBLO _____

Attorney or Party Without Attorney (Name and Address):

Ray Catulli / Toni R Catulli
4116 Goodnight ave
Pueblo Colorado 81005

Phone Number:     E-mail:
FAX Number:       Atty. Reg. #:

Case Number: 23C425

Division 304 Courtroom

## SUMMONS

**To the abovenamed Defendant(s): Take notice that**

1. On _____Sallie Mae 1/17/2024_ (date) at _2:00 PM_ (time) in the _Pueblo_ County Court, _Pueblo_, Colorado, if an answer is not filed, the Court may be asked to enter judgment against you as set forth in the Complaint.

2. A copy of the Complaint against you and an answer form which you must use if you file an answer are attached.

3. If you do not agree with the complaint, then you must either:
   a. Go to the Court, located at _301 N Elizabeth st Pueblo Co 81003_ Colorado, at the above date and time and file the answer stating any legal reason you have why judgment should not be entered against you,
   **OR**
   b. File the answer with the Court before that date and time.

4. When you file your answer, you must pay a filing fee to the Clerk of the Court.

5. If you file an answer, you must give or mail a copy to the Plaintiff(s) or the attorney who signed the complaint.

6. If you do not file an answer, then the Court may enter a default judgment against you for the relief requested in the complaint.

7. If you want a jury trial, you must ask for one in the answer and pay a jury fee in addition to the filing fee.

8. If you want to file an answer or request for a jury trial and you are indigent, you must appear at the above date and time, fill out a financial affidavit, and ask the Court to waive the fee.

☐ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.

☑ By checking this box, I am acknowledging that I have made a change to the original content of this form.

Dated at _Pueblo_ Colorado, this _22nd_ day of _December_, 20 _23_

by _____
Deputy Clerk of Court
**CLERK OF COURT**

Signature of Attorney for Plaintiff(s) (if applicable)

_4116 Goodnight ave_
Address(es) of Plaintiff(s)
_7 Pueblo Co 81005_

Telephone Number(s) of Plaintiff(s):
_719-250-2265_

CRCCP, Form 1   R3-18   SUMMONS

This Summons is issued pursuant to Rule 303, Rules of County Court Civil Procedure, as amended. A copy of the Complaint together with a blank answer form must be served with this Summons. This form should not be used where service by publication is desired.

To the clerk: If this Summons is issued by the Clerk of the Court, the signature block for the clerk, deputy and the seal of the Court should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

<table>
<tr><td>

County Court _____Pueblo_____ County, Colorado
Court Address: 501 N. Elizabeth Street
                   Pueblo, Colorado 81003

</td><td>

RECEIVED IN THE OFFICE OF THE CLERK OF THE PUEBLO COUNTY COURT

DEC 2 2 2023

PUEBLO COUNTY COURT

</td></tr>
</table>

| County Court _____Pueblo_____ County, Colorado<br>Court Address: 501 N. Elizabeth Street<br>                 Pueblo, Colorado 81003 | |
|---|---|
| Plaintiff(s): Ray Catulli / Toni R Catulli<br>          4116 Goodnight ave<br>          Pueblo, Colorado 81005<br><br>v.<br><br>Defendant(s): Sallie Mae   (DBA Sallie Mae Bank)<br>              P. O. Box 8459<br>              Philadelphia, PA  19101 | ▲  COURT USE ONLY  ▲ |
| Attorney or Party Without Attorney (Name and Address): | Case Number: 23C425 |
| Phone Number:         E-mail:<br>FAX Number:           Atty. Reg. #: | Division 304   Courtroom |

## COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE

1. _____Sallie Mae__, defendant(s), does business in Pueblo County, State of Colorado.

2. The amount claimed herein does not exceed the jurisdiction of the court.

   **OR**

3. The amount claimed from __Sallie Mae_____, defendant(s), is/are_____25,000.00_____ dollars and __00__ cents ($_____), together with proper interest, costs and any other items allocable by statute or specific agreement.

   _____

   _____

4. Such claim arises from the following event(s) or transaction(s):

   Sallie Mae altering, creating a fraudulent loan #▮▮▮▮▮▮ in June 2021 using my credit profile (Ray Catulli) and making Toni Catulli primary and Co-signer of this loan, after coercing, misrepresenting this loan, as well as threats to Toni. Defendant continues to threaten, harass and falsely report this as a valid loan.
   Plaintiff admits they applied for another loan, (▮▮▮▮▮▮) Plaintiff co-signed for a loan of $1,600.00 for Toni Catulli and has paid this obligation.
   However, Loan #▮▮▮▮▮▮ for $23,124.00 was not properly authorized or processed, After discovering these errors in Feb-March 2023, Sallie Mae admitted they grossly erred. Then started altering documentation to fit their requirements. Sallie Mae reported to all three credit reporting agencies that it was identity theft and Plaintiff(s) was still responsible. Sallie Mae failed to respond to Rule 609 request, FCR and has never provided or refuses to provide valid loan documents to Plaintiff(s).
   Sallie Mae  responded to CFPB (Consumer Financial Protection Bureau that they discovered the errors and have altered the documentation to validate the debt.
   Sallie Mae continues to harass and fraudulently misrepresent the facts and make anyone with authority unavailable, however consistently having employees harass and threaten Plaintiff(s)
   _____SEE   ATTACHED_____

   The Defendant(s)   is not (are not)   in the military service of the United States. In support of this statement,

the Plaintiff(s) set(s) forth the following facts: (State facts concerning military status of the Defendant(s), if the military status of the Defendant(s) is (are) not known, so state here.)

_____

_____

5. The Plaintiff(s) ☐does (do) ☒does (do) not demand trial by jury (if demand is made, a jury fee must be paid).

☐ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.

☐ By checking this box, I am acknowledging that I have made a change to the original content of this form.

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

Note: All Plaintiffs filing this complaint must sign, unless the complaint is signed by an attorney.

*Ray Tull* POA Tony Catull

Signature of Plaintiff(s)        Signature of Attorney for Plaintiff(s) (if applicable)

4116 Goodnight ave Pueblo Colo 8005

Address(es) of Plaintiff(s)

Telephone Number(s) of Plaintiff(s) 719 - 250 - 2265

County Court _____Pueblo_____ County, Colorado
Court Address: 501 N. Elizabeth st
Pueblo, Colorado 81003

Plaintiff(s): Ray Catulli / Toni R Catulli
4116 Goodnight ave
Pueblo , Colorado 81005

v.

Defendant(s): Sallie Mae (Sallie Mae Bank)
P.O. Box 8459
Philadelphia, PA 19101

▲ COURT USE ONLY ▲

Attorney or Party Without Attorney (Name and Address):

Ray Catulli / Toni R Catulli
4116 Goodnight ave
Pueblo, Colorado 81005

Phone Number:            E-mail:
FAX Number:              Atty. Reg. #:

Case Number 23C405

Division 304 Courtroom

## ANSWER UNDER SIMPLIFIED CIVIL PROCEDURE
### (including counterclaim(s) and/or cross claim(s))

The Defendant(s) _____Sallie Mae_____(name),   answer(s)   the
complaint as follows:

1. The amount of damages claimed to be due to the Plaintiff(s) by the complaint in this action is not due and owing
for the following reasons:

_____

_____

_____

**OR**

the Plaintiff(s) is/are not entitled to possession of the property and Defendant(s) is/are entitled to retain
possession for the following reasons:

_____

_____

_____

**OR**

the injunctive relief requested by the Plaintiff(s) should not be allowed for the following reasons:

_____

_____

_____

2. ☐(If applicable) the Defendant(s), _____, assert(s) the following
counterclaim(s) or setoff(s) against the Plaintiff(s)

_____

_____

_____

3. ☐ (If applicable) the Defendant(s) _____, assert(s) the following

cross claim(s) against _____, named Defendant(s) (you are limited to the

jurisdiction of the court):

_____

_____

_____

4. If a counterclaim is asserted above, you must check one of the following statements:

☐ The amount of the counterclaim **does not** exceed the jurisdiction of the court (County Court filing fee required).

☐ The amount of the counterclaim **does** exceed the jurisdiction of the court, but I wish to limit my recovery to the jurisdiction of the court (County Court filing fee required).

☐ The amount of the counterclaim **does** exceed the jurisdiction of the court, and I wish the case transferred to the District Court (District Court filing fee required)

5. The Defendant(s):

☐ Request(s) a trial to the court.

☐ Request(s) a jury trial. By requesting a jury trial, the Defendant(s) understand(s) that a jury fee must be paid unless the fee is waived by the Court.

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

Note: All Defendants filing this answer must sign unless the answer is signed by an attorney.

## VERIFICATION

**I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.**

Executed on the _____ day of _____, _____, at _____

                (date)      (month)        (year)    (city or other location, and state OR country

_____    _____

(Printed name of Defendant(s)                  Signature of Defendant(s)

_____

Signature of Attorney for Defendant(s) (if applicable)

Address(es) of Defendant(s): _____

Phone Number(s) of Defendant(s): _____

## CERTIFICATE OF SERVICE

I certify that on _____ (date) a true and accurate copy of this _ANSWER UNDER SIMPLIFIED CIVIL PROCEDURE_ was served on _____the other party(s) or attorney(s) by:

☐ Hand Delivery ☐ E-filed ☐ Faxed to this number _____ or ☐ by placing it in the United States mail, postage pre-paid, and addressed to the following:

_____

_____

_____                    _____
                                                             Defendant(s) or Attorney for Defendant(s) Signature

**Experian**          P.O. Box 4500, Allen, TX 75013

Equifax              P.O. Box 740256, Atlanta, GA 30374-0256

TransUnion           P.O. Box 2000, Chester, PA 19016-2000


Ray Catulli

███████████

4116 Goodnight ave    Pueblo, Colorado 81005

719-250-2265


Dispute the Sallie Mae Account # ███████████

Amount $27,000.00

I never co-signed this loan, if you look my daughter is Primary and the Co-Signer, however using my credit info and social security number.

Sallie Mae admitted this was a major error, and should not have been processed. My Daughter, Toni, was advised by either Sallie Mae or Student advisor that she was approved and just sign.


Thank you,

Ray Catulli

4116 Goodnight ave

Pueblo, Colorado 81005

August 9, 2023
VIA U.S. MAIL:
Sallie Mae
P.O. Box 3319
Wilmington, DE 19804-4319

RE:
Loan No:

Customer Identification No:

Dear Sallie Mae:

To reiterate, Mr. Catulli hereby disputes the debt alleged and demands that Sallie Mae
provide validation for the same, immediately.
Under the Fair Debt Collection Practices Act, if a consumer disputes a debt and
requests
validation of that debt, a debt collector may not attempt any collection of the debt until
the
requested validation is provided. 15 U.S.C. § 1692G; Colo. Rev. Stat. § 5-16-101.
Additionally, the Fair Debt Collections Practices Act prohibits a debt collector from
falsely
representing the amount of a debt. 15 U.S.C. § 1692E. Debt collectors are also barred
from
attempting to collect amounts that are neither authorized by agreement nor an
applicable law.
15 U.S.C. § 1692F.
Furthermore, regarding 12.5 Requests for original-creditor information,
If a consumer sends a request in writing for the name and address of the
original creditor within the validation period, a debt collector must cease
collection of the debt. The debt collector must cease collection upon receipt
of the written request and may not resume collection of the debt until the
debt collector does one of the following: (1) The debt collector sends the

Page 4
name and address of the original creditor to the consumer in writing or
electronically. 12 CFR 1006.38(c)(1), or (2) The debt collector reasonably
determines that the original creditor is the same as the current creditor,
notifies the consumer of that fact in writing or electronically, and refers the
consumer to the validation information previously provided. 12 CFR
1006.38(c)(2).
Mr. Catulli disputes that he owes the debt alleged by Sallie Mae, and demands that it

provide him with verification of any debt amount as follows: (1) the name and address of the

original creditor; (2) proof that Mr. Catulli incurred the debt amount; and (3) copies of all bills, invoices, statements, judgments, or correspondence concerning this debt amount. In the event that Sallie Mae is unwilling or unable to provide proof of the alleged debt, this letter shall serve as notice that Mr. Catulli formally disputes this debt, communicates notice of his refusal to pay this debt, invokes his rights as provided under 15 U.S.C. § 1692C

and Colorado Revised Statute § 5-16-101, and demands that Sallie Mae cease any and all further communications regarding the alleged debt. Under the aforementioned statutes "[i]f

a consumer notifies a debt collector in writing that the consumer refuses to pay a debt, or that

the consumer wishes the debt collector to cease further communication with the consumer, the

debt collector shall not communicate further with the consumer with respect to the debt .
. ."

Moreover, pursuant to the Fair Credit Reporting Act, the furnisher of information to consumer

reporting agencies has a duty to provide accurate information about a consumer's credit file.

15 U.S.C. § 1681s-2(a). As Mr. Catulli denies liability for any of the alleged debt, it is not accurate to report that there is a bona fide past-due payment. Mr. Catulli, therefore, demands

that Sallie Mae remove any notations that might appear in his credit file and/or any other notations related to this account and any alleged debt. The Fair Credit Reporting Act also

provides for civil liability for violations of the Act's provisions. 15 U.S.C §§ 1681n–o. Therefore, based on the foregoing, Mr. Ray Catulli demands that Salle Mae immediately: (1) validate the alleged debt by sending all information concerning said alleged debt; and (2) tender reimbursement and payment for necessary damages caused by Sallie Mae in the amount of $50,000.00

Please send this validation and reimbursement/payment amount directly to Mr. Catulli, within ten (10) days of receipt of this letter, by mail, to the following address:

Mr. Ray Catulli
4116 Goodnight Ave.
Pueblo, CO 81005-1124

Rest assured, we have advised Mr. Catulli of all legal rights and remedies available to him in this matter. Should Sallie Mae fail to comply with the demands made in this letter, Mr. Catulli may take further steps against Sallie Mae.

August 17, 2023
VIA U.S. MAIL:
Sallie Mae
P.O. Box 3319
Wilmington, DE 19804-4319

RE:
Loan No:

Customer Identification No:

Dear Sallie Mae:

To reiterate, Toni Catulli hereby disputes the debt alleged and demands that Sallie Mae provide validation for the same, immediately.
Under the Fair Debt Collection Practices Act, if a consumer disputes a debt and requests
validation of that debt, a debt collector may not attempt any collection of the debt until the
requested validation is provided. 15 U.S.C. § 1692G; Colo. Rev. Stat. § 5-16-101.
Additionally, the Fair Debt Collections Practices Act prohibits a debt collector from falsely
representing the amount of a debt. 15 U.S.C. § 1692E. Debt collectors are also barred from
attempting to collect amounts that are neither authorized by agreement nor an applicable law.
15 U.S.C. § 1692F.
Furthermore, regarding 12.5 Requests for original-creditor information,
If a consumer sends a request in writing for the name and address of the original creditor within the validation period, a debt collector must cease collection of the debt. The debt collector must cease collection upon receipt of the written request and may not resume collection of the debt until the debt collector does one of the following: (1) The debt collector sends the

Page 4
name and address of the original creditor to the consumer in writing or electronically. 12 CFR 1006.38(c)(1), or (2) The debt collector reasonably determines that the original creditor is the same as the current creditor, notifies the consumer of that fact in writing or electronically, and refers the consumer to the validation information previously provided. 12 CFR 1006.38(c)(2).
Toni Catulli disputes that he owes the debt alleged by Sallie Mae, and demands that it

provide him with verification of any debt amount as follows: (1) the name and address of the

original creditor; (2) proof that Toni Catulli incurred the debt amount; and (3) copies of all

bills, invoices, statements, judgments, or correspondence concerning this debt amount. In the event that Sallie Mae is unwilling or unable to provide proof of the alleged debt, this letter shall serve as notice that .Toni. Catulli formally disputes this debt, communicates

notice of his refusal to pay this debt, invokes his rights as provided under 15 U.S.C. § 1692C

and Colorado Revised Statute § 5-16-101, and demands that Sallie Mae cease any and all further communications regarding the alleged debt. Under the aforementioned statutes "[i]f

a consumer notifies a debt collector in writing that the consumer refuses to pay a debt, or that

the consumer wishes the debt collector to cease further communication with the consumer, the

debt collector shall not communicate further with the consumer with respect to the debt . . ."

Moreover, pursuant to the Fair Credit Reporting Act, the furnisher of information to consumer

reporting agencies has a duty to provide accurate information about a consumer's credit file.

15 U.S.C. § 1681s-2(a). As Toni Catulli denies liability for any of the alleged debt, it is not

accurate to report that there is a bona fide past-due payment. Toni Catulli, therefore, demands

that Sallie Mae remove any notations that might appear in his credit file and/or any other notations related to this account and any alleged debt. The Fair Credit Reporting Act also

provides for civil liability for violations of the Act's provisions. 15 U.S.C §§ 1681n–o. Therefore, based on the foregoing, Toni Catulli demands that Salle Mae immediately: (1) validate the alleged debt by sending all information concerning said alleged debt; and (2) tender reimbursement and payment for necessary damages caused by Sallie Mae in the amount of $50,000.00

Please send this validation and reimbursement/payment amount directly to Mr. Catulli, Toni Catulli

within ten (10) days of receipt of this letter, by mail, to the following address:

Mr. Ray Catulli  Toni Catulli
4116 Goodnight Ave.
Pueblo, CO 81005-1124

Rest assured, we have advised Mr. Catulli /Toni Catulli of all legal rights and remedies available to him in this matter. Should Sallie Mae fail to comply with the demands made in this letter, Toni Catulli may take further steps against Sallie Mae.

| | |
|---|---|
| **Experian** | **P.O. Box 4500, Allen, TX 75013** |
| Equifax | P.O. Box 740256, Atlanta, GA 30374-0256 |
| TransUnion | P.O. Box 2000, Chester, PA 19016-2000 |

Ray Catulli

███████████

4116 Goodnight ave    Pueblo, Colorado 81005

719-250-2265

Dispute the Sallie Mae Account ████████████

Amount $27,000.00

I never co-signed this loan, if you look my daughter is Primary and the Co-Signer, however using my credit info and social security number.

Sallie Mae admitted this was a major error, and should not have been processed. My Daughter, Toni, was advised by either Sallie Mae or Student advisor that she was approved and just sign.

Thank you,

Ray Catulli

4116 Goodnight ave

Pueblo, Colorado 81005

August 9, 2023
VIA U.S. MAIL:
Sallie Mae
P.O. Box 3319
Wilmington, DE 19804-4319


RE:
Loan No: ███████████

Customer Identification No:
███████████


Dear Sallie Mae:

To reiterate, Mr. Catulli hereby disputes the debt alleged and demands that Sallie Mae
provide validation for the same, immediately.
Under the Fair Debt Collection Practices Act, if a consumer disputes a debt and
requests
validation of that debt, a debt collector may not attempt any collection of the debt until
the
requested validation is provided. 15 U.S.C. § 1692G; Colo. Rev. Stat. § 5-16-101.
Additionally, the Fair Debt Collections Practices Act prohibits a debt collector from
falsely
representing the amount of a debt. 15 U.S.C. § 1692E. Debt collectors are also barred
from
attempting to collect amounts that are neither authorized by agreement nor an
applicable law.
15 U.S.C. § 1692F.
Furthermore, regarding 12.5 Requests for original-creditor information,
If a consumer sends a request in writing for the name and address of the
original creditor within the validation period, a debt collector must cease
collection of the debt. The debt collector must cease collection upon receipt
of the written request and may not resume collection of the debt until the
debt collector does one of the following: (1) The debt collector sends the


Page 4
name and address of the original creditor to the consumer in writing or
electronically. 12 CFR 1006.38(c)(1), or (2) The debt collector reasonably
determines that the original creditor is the same as the current creditor,
notifies the consumer of that fact in writing or electronically, and refers the
consumer to the validation information previously provided. 12 CFR
1006.38(c)(2).
Mr. Catulli disputes that he owes the debt alleged by Sallie Mae, and demands that it

provide him with verification of any debt amount as follows: (1) the name and address of the
original creditor; (2) proof that Mr. Catulli incurred the debt amount; and (3) copies of all
bills, invoices, statements, judgments, or correspondence concerning this debt amount.
In the event that Sallie Mae is unwilling or unable to provide proof of the alleged debt,
this letter shall serve as notice that Mr. Catulli formally disputes this debt, communicates
notice of his refusal to pay this debt, invokes his rights as provided under 15 U.S.C. § 1692C
and Colorado Revised Statute § 5-16-101, and demands that Sallie Mae cease any and
all further communications regarding the alleged debt. Under the aforementioned statutes "[i]f
a consumer notifies a debt collector in writing that the consumer refuses to pay a debt, or that
the consumer wishes the debt collector to cease further communication with the consumer, the
debt collector shall not communicate further with the consumer with respect to the debt . . ."

Moreover, pursuant to the Fair Credit Reporting Act, the furnisher of information to consumer
reporting agencies has a duty to provide accurate information about a consumer's credit file.
15 U.S.C. § 1681s-2(a). As Mr. Catulli denies liability for any of the alleged debt, it is not
accurate to report that there is a bona fide past-due payment. Mr. Catulli, therefore, demands
that Sallie Mae remove any notations that might appear in his credit file and/or any other
notations related to this account and any alleged debt. The Fair Credit Reporting Act also
provides for civil liability for violations of the Act's provisions. 15 U.S.C §§ 1681n–o.
Therefore, based on the foregoing, Mr. Ray Catulli demands that Salle Mae
immediately: (1) validate the alleged debt by sending all information concerning said
alleged debt; and (2) tender reimbursement and payment for necessary damages
caused by Sallie Mae in the amount of $50,000.00

Please send this validation and reimbursement/payment amount directly to Mr. Catulli,
within ten (10) days of receipt of this letter, by mail, to the following address:

Mr. Ray Catulli
4116 Goodnight Ave.
Pueblo, CO 81005-1124

Rest assured, we have advised Mr. Catulli of all legal rights and remedies available to
him in this matter. Should Sallie Mae fail to comply with the demands made in this letter,
Mr. Catulli may take further steps against Sallie Mae.

**Experian**        **P.O. Box 4500, Allen, TX 75013**

Equifax        P.O. Box 740256, Atlanta, GA 30374-0256

TransUnion        P.O. Box 2000, Chester, PA 19016-2000

Ray Catulli

████████████

4116 Goodnight ave   Pueblo, Colorado 81005

719-250-2265


Dispute the Sallie Mae Account ████████████

Amount $27,000.00

I never co-signed this loan, if you look my daughter is Primary and the Co-Signer, however using my credit info and social security number.

Sallie Mae admitted this was a major error, and should not have been processed. My Daughter, Toni, was advised by either Sallie Mae or Student advisor that she was approved and just sign.


Thank you,

Ray Catulli

4116 Goodnight ave

Pueblo, Colorado 81005

**Experian**   P.O. Box 4500, Allen, TX 75013

Equifax   P.O. Box 740256, Atlanta, GA 30374-0256

TransUnion   P.O. Box 2000, Chester, PA 19016-2000

Ray Catulli

███████████

4116 Goodnight ave   Pueblo, Colorado 81005

719-250-2265

Dispute the Sallie Mae Account ████████████

Amount $27,000.00

I never co-signed this loan, if you look my daughter is Primary and the Co-Signer, however using my credit info and social security number.

Sallie Mae admitted this was a major error, and should not have been processed. My Daughter, Toni, was advised by either Sallie Mae or Student advisor that she was approved and just sign.

Thank you,

Ray Catulli

4116 Goodnight ave

Pueblo, Colorado 81005



**sallie mae·**

TONI R CATULLI

**Billing Summary**

Loan Number : ▓▓▓▓
Customer Identification Number : ▓▓▓▓
Billing Period : 04/28/23 to 05/27/23

**Activity Summary**

| | |
|---|---|
| Previous Billing Statement Balance | $1,781.74 |
| Current Billing Period Interest & Fees (+) | $7.65 |
| Payments Since Last Bill (-) | $1,450.00 |
| Current Balance | $339.39 |

**Payment Information**

| | |
|---|---|
| Past Due Amount (Pay Now) | $0.00 |
| Late Fee for Past Due Amount | $0.00 |
| Pay Past Due Amount by this Date to Avoid Late Fee | 06/03/23 |
| Current Amount Due | $0.00 |
| Current Amount Due Date | 06/22/23 |
| Pay Current + Past Due Amount by this Date to Avoid Additional Late Fee | 07/07/23 |
| Unpaid Fees | $0.00 |
| Total Amount Due (Past Due Amount + Current Amount Due + Unpaid Fees) | $0.00 |

Please see the back of this Billing Statement for important information about account terms relating to payments, credit reporting, and how to contact us.

## Loan Summary as of 05/27/2023

| | Loan Information | | | | | | Payment Information | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Loan ID | Total Disbursed Amount | Current Principal | Unpaid Interest & Fees | Current Balance | Interest Rate (F/V) | Scheduled Payment Amount | Current Amount Due | Past Due Amount | Unpaid Fees | Total Amount Due |
| 6868 | $1,600.00 | $336.26 | $3.13 | $339.39 | 14.750F | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Subtotals | $1,600.00 | $336.26 | $3.13 | $339.39 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Transaction Activity Summary

| Transaction Effective Date | Transactions Description | Amount |
|---|---|---|
| 05/05/23 | PAYMENT | ($1,450.00) |
| 05/27/23 | *ACCRUED INTEREST* | $7.65 |



**sallie mae·**

### Include Remittance Slip with Payment

| Loan Number | Due Date | Current Amount Due | Past Due Amount | Unpaid Fees | Total Amount Due | Amount Enclosed |
|---|---|---|---|---|---|---|
| ▓▓▓▓ | 06/22/23 | $0.00 | $0.00 | $0.00 | $0.00 | |

Make checks payable to Sallie Mae

(U.S. Currency only - Do not send cash)

TONI R CATULLI
PO BOX 2249
PUEBLO CO 81004-0249

SALLIE MAE
P. O. BOX 8459
PHILADELPHIA PA 19101-8459

2  ▓▓▓▓           0000000000000000000000000000000000000 0 5

| Experian | P.O. Box 4500, Allen, TX 75013 |
| Equifax | P.O. Box 740256, Atlanta, GA 30374-0256 |
| TransUnion | P.O. Box 2000, Chester, PA 19016-2000 |

Ray Catulli

████████████

4116 Goodnight ave   Pueblo, Colorado 81005

719-250-2265

Dispute the Sallie Mae Account ████████████

Amount $27,000.00

I never co-signed this loan, if you look my daughter is Primary and the Co-Signer, however using my credit info and social security number.

Sallie Mae admitted this was a major error, and should not have been processed. My Daughter, Toni, was advised by either Sallie Mae or Student advisor that she was approved and just sign.

Thank you,

Ray Catulli

4116 Goodnight ave

Pueblo, Colorado 81005

August 9, 2023
VIA U.S. MAIL:
Sallie Mae
P.O. Box 3319
Wilmington, DE 19804-4319

RE:
Loan No:
█████████████

Customer Identification No:
█████████████

Dear Sallie Mae:

To reiterate, Mr. Catulli hereby disputes the debt alleged and demands that Sallie Mae
provide validation for the same, immediately.
Under the Fair Debt Collection Practices Act, if a consumer disputes a debt and
requests
validation of that debt, a debt collector may not attempt any collection of the debt until
the
requested validation is provided. 15 U.S.C. § 1692G; Colo. Rev. Stat. § 5-16-101.
Additionally, the Fair Debt Collections Practices Act prohibits a debt collector from
falsely
representing the amount of a debt. 15 U.S.C. § 1692E. Debt collectors are also barred
from
attempting to collect amounts that are neither authorized by agreement nor an
applicable law.
15 U.S.C. § 1692F.
Furthermore, regarding 12.5 Requests for original-creditor information,
If a consumer sends a request in writing for the name and address of the
original creditor within the validation period, a debt collector must cease
collection of the debt. The debt collector must cease collection upon receipt
of the written request and may not resume collection of the debt until the
debt collector does one of the following: (1) The debt collector sends the

Page 4
name and address of the original creditor to the consumer in writing or
electronically. 12 CFR 1006.38(c)(1), or (2) The debt collector reasonably
determines that the original creditor is the same as the current creditor,
notifies the consumer of that fact in writing or electronically, and refers the
consumer to the validation information previously provided. 12 CFR
1006.38(c)(2).
Mr. Catulli disputes that he owes the debt alleged by Sallie Mae, and demands that it

provide him with verification of any debt amount as follows: (1) the name and address of the original creditor; (2) proof that Mr. Catulli incurred the debt amount; and (3) copies of all bills, invoices, statements, judgments, or correspondence concerning this debt amount. In the event that Sallie Mae is unwilling or unable to provide proof of the alleged debt, this letter shall serve as notice that Mr. Catulli formally disputes this debt, communicates notice of his refusal to pay this debt, invokes his rights as provided under 15 U.S.C. § 1692C and Colorado Revised Statute § 5-16-101, and demands that Sallie Mae cease any and all further communications regarding the alleged debt. Under the aforementioned statutes "[i]f a consumer notifies a debt collector in writing that the consumer refuses to pay a debt, or that the consumer wishes the debt collector to cease further communication with the consumer, the debt collector shall not communicate further with the consumer with respect to the debt . . ."

Moreover, pursuant to the Fair Credit Reporting Act, the furnisher of information to consumer reporting agencies has a duty to provide accurate information about a consumer's credit file. 15 U.S.C. § 1681s-2(a). As Mr. Catulli denies liability for any of the alleged debt, it is not accurate to report that there is a bona fide past-due payment. Mr. Catulli, therefore, demands that Sallie Mae remove any notations that might appear in his credit file and/or any other notations related to this account and any alleged debt. The Fair Credit Reporting Act also provides for civil liability for violations of the Act's provisions. 15 U.S.C §§ 1681n–o. Therefore, based on the foregoing, Mr. Ray Catulli demands that Salle Mae immediately: (1) validate the alleged debt by sending all information concerning said alleged debt; and (2) tender reimbursement and payment for necessary damages caused by Sallie Mae in the amount of $50,000.00

Please send this validation and reimbursement/payment amount directly to Mr. Catulli, within ten (10) days of receipt of this letter, by mail, to the following address:

Mr. Ray Catulli
4116 Goodnight Ave.
Pueblo, CO 81005-1124

Rest assured, we have advised Mr. Catulli of all legal rights and remedies available to him in this matter. Should Sallie Mae fail to comply with the demands made in this letter, Mr. Catulli may take further steps against Sallie Mae.

| | |
|---|---|
| **Experian** | **P.O. Box 4500, Allen, TX 75013** |
| Equifax | P.O. Box 740256, Atlanta, GA 30374-0256 |
| TransUnion | P.O. Box 2000, Chester, PA 19016-2000 |

Ray Catulli

██████████

4116 Goodnight ave    Pueblo, Colorado 81005

719-250-2265

Dispute the Sallie Mae Account ████████████

Amount $27,000.00

I never co-signed this loan, if you look my daughter is Primary and the Co-Signer, however using my credit info and social security number.

Sallie Mae admitted this was a major error, and should not have been processed. My Daughter, Toni, was advised by either Sallie Mae or Student advisor that she was approved and just sign.

Thank you,

Ray Catulli

4116 Goodnight ave

Pueblo, Colorado 81005

| | |
|---|---|
| **Experian** | **P.O. Box 4500, Allen, TX 75013** |
| Equifax | P.O. Box 740256, Atlanta, GA 30374-0256 |
| TransUnion | P.O. Box 2000, Chester, PA 19016-2000 |

Ray Catulli

███████████

4116 Goodnight ave    Pueblo, Colorado 81005

719-250-2265

Dispute the Sallie Mae Account ████████████████

Amount $27,000.00

I never co-signed this loan, if you look my daughter is Primary and the Co-Signer, however using my credit info and social security number.

Sallie Mae admitted this was a major error, and should not have been processed. My Daughter, Toni, was advised by either Sallie Mae or Student advisor that she was approved and just sign.

Thank you,

Ray Catulli

4116 Goodnight ave

Pueblo, Colorado 81005



sallie
mae®

TONI R CATULLI

**Billing Summary**

Loan Number :
Customer Identification Number :
Billing Period : 04/28/23 to 05/27/23

**Activity Summary**

| | |
|---|---|
| Previous Billing Statement Balance | $1,781.74 |
| Current Billing Period Interest & Fees (+) | $7.65 |
| Payments Since Last Bill (-) | $1,450.00 |
| Current Balance | $339.39 |

**Payment Information**

| | |
|---|---|
| Past Due Amount (Pay Now) | $0.00 |
| Late Fee for Past Due Amount | $0.00 |
| Pay Past Due Amount by this Date to Avoid Late Fee | 06/06/23 |
| Current Amount Due | $0.00 |
| Current Amount Due Date | 06/22/23 |
| Pay Current + Past Due Amount by this Date to Avoid Additional Late Fee | 07/07/23 |
| Unpaid Fees | $0.00 |
| Total Amount Due (Past Due Amount + Current Amount Due + Unpaid Fees) | $0.00 |

Please see the back of this Billing Statement for important
information about account terms relating to payments, credit
reporting, and how to contact us.

## Loan Summary as of 05/27/2023

| | Loan Information | | | | | | Payment Information | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Loan ID | Total Disbursed Amount | Current Principal | Unpaid Interest & Fees | Current Balance | Interest Rate (F/V) | Scheduled Payment Amount | Current Amount Due | Past Due Amount | Unpaid Fees | Total Amount Due |
| | $1,600.00 | $336.26 | $3.13 | $339.39 | 14.750F | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Subtotals | $1,600.00 | $336.26 | $3.13 | $339.39 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Transaction Activity Summary

| Transaction Effective Date | Transactions Description | Amount |
|---|---|---|
| 05/05/23 | PAYMENT | ($1,450.00) |
| 05/27/23 | *ACCRUED INTEREST* | $7.65 |



sallie
mae®

### Include Remittance Slip with Payment

| Loan Number | Due Date | Current Amount Due | Past Due Amount | Unpaid Fees | Total Amount Due | Amount Enclosed |
|---|---|---|---|---|---|---|
| | 06/22/23 | $0.00 | $0.00 | $0.00 | $0.00 | |

Make checks payable to Sallie Mae

(U.S. Currency only - Do not send cash)

TONI R CATULLI
PO BOX 2249
PUEBLO CO 81004-0249

SALLIE MAE
P. O. BOX 8459
PHILADELPHIA PA 19101-8459

2
0000000000000000000000000000000000000 0 5

# Cosigner billing statement

Create or log in to your account at SallieMae.com to enroll in automatic debit or make a one-time secure online payment.

## SallieMae.com

Make your payments quickly & securely online.

## Making your payments

To ensure accurate and timely processing of your payments, follow the instructions below.

**Automatic Debit:** To enroll, log in or create an account online at SallieMae.com. Each month, we'll automatically withdraw the Current Amount Due or Designated Amount from the authorized bank account on the Current Amount Due Date or next business day, in the event of a weekend or holiday.

**Sallie Mae App:** Conveniently make your payments from our app on your mobile device.

**Paying Online:** Create or log in to your account at SallieMae.com to make one-time secure online payments to individual loans.

**Paying by Phone:** Make automated payments to individual loans by calling Customer Care at the number listed below.

**Paying by Mail:** Submit individual payments with the applicable 16-digit Loan Number for each loan you have cosigned, along with your remittance slip. Please make your check or money order payable to Sallie Mae and mail your payments to the Cosigner Payment Address. We cannot process instructions written on the check or remittance slip.

**Third-Party Bill-Pay Services:** Third-party bill-pay services may include payment services offered by your financial institution. When making payments through a third-party bill-pay service, provide them with the Cosigner Payment Address, P.O. Box 8377, and the applicable 16-digit Loan Number. Ensure your payment is directed to Sallie Mae. Cosigners must submit individual payments for each loan that they have cosigned.

**Remember!** Payments made online, by phone, or the mobile app will be effective the same day for which they are scheduled. However, payments may not be reflected in your online Transaction History for 2-4 days after the effective date. If you're paying by mail or through a third-party bill-pay service, allow at least 7-10 days before your due date for your payment to be credited in time.

## Definitions

**Loan Number:** The 16-digit Loan Number on your billing statement refers to a specific loan. The last four digits of this number should match the Loan ID in the Loan Information section your billing statement.

**Current Amount Due:** The amount you're required to pay each month until the loan is paid in full. The Current Amount Due may vary each month. If your loan is paid ahead, the Current Amount Due will be less than the Scheduled Payment Amount.

**Scheduled Payment Amount:** Displayed in the Loan Summary on your billing statement. If your loan is not paid ahead, the Current Amount Due and the Scheduled Payment Amount will be the same. If your loan is paid ahead, the Scheduled Payment Amount shows you what the Current Amount Due would have been if your loan was not paid ahead.

**Current Balance:** The sum of the Unpaid Fees, Unpaid Interest, and Current Principal. The Current Balance does not reflect a payoff amount. On your billing statement, the Current Balance shown is calculated as of the end date of the billing period reflected on the billing statement. If you log in to your account at SallieMae.com, or access our automated phone system, the Current Balance provided is calculated as of the prior day and includes all credits (e.g., payments) and debits (e.g., disbursements) since your last billing statement.

**Need more information?**
Refer to our Glossary of Terms at SallieMae.com/billingstatement/glossary.

## Frequently asked questions

**What does "Interest Rate (F/V)" on the statement represent?** F indicates a fixed interest rate, V indicates a variable interest rate. A fixed interest rate stays the same for the life of the loan. A variable interest rate may go up or down due to an increase or decrease in the loan's index. The interest rate reflected on the billing statement for one or more of your loans may be temporarily reduced due to the application of borrower benefits, repayment incentives, or Servicemembers Civil Relief Act requirements.

**What are the most common fees charged?** You may be charged a late fee (refer to the due dates on the front of the billing statement to avoid late fees). A returned check fee may be charged when a payment does not clear at the bank for any reason, including insufficient funds.

**What should I do if my payment has not been processed as I intended?** When you receive your next billing statement, if your payment has not been processed as you intended, please call Customer Service at the number listed below.

## Important disclosures

**Disputed sums:** Payments pursuant to a disputed sum or balance and/or regarding which you demand complete or partial satisfaction for a loan must be sent to Sallie Mae, P.O. Box 3228, Wilmington, DE 19804-0228, with a description of the alleged dispute and the remedy sought. As provided in the Promissory Note(s), Sallie Mae reserves the right to accept the payment and deny the requested relief whether or not it returns or refunds such payments.

**Impact of late payments on borrower benefits:** In addition to being assessed a late fee, you may lose eligibility for borrower benefits or repayment incentives if you don't make your payments on time. Late payments may also be reported to consumer reporting agencies and may negatively impact your credit report.

**Electronic check processing:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

## Payment processing

Cosigners receive separate billing statements for each loan they have cosigned, and must submit individual payments.

If you do not pay the Current Amount Due (and any Past Due Amount) on the billing statement, your loan may become delinquent and may be subject to a late fee. **WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.**

If you submit a payment(s) intended to pay multiple loans you cosigned, but include a single remittance slip, the payment will only be allocated to the loan identified on the remittance slip. Any other loans you cosigned may become delinquent, may be subject to a late fee, and/or may be reported to the consumer reporting agencies.

If you are a cosigner on multiple loans and wish to allocate your payment(s) across multiple loans, make your payment(s) at SallieMae.com. If you mail your payment(s), you must clearly write your instructions on a _separate piece of paper_, including any applicable 16-digit Loan Number and the amount you want allocated to each loan.

We cannot process instructions written on a check or remittance slip. If your payment is received without a remittance slip or instructions, we may review any information available to us to post the payment. Please note, third-party bill-pay services do not allow you to provide instructions. If your payment has not been processed as you intended, please call Customer Service at the number listed below.

Unlike a cosigner billing statement, a borrower billing statement may contain multiple loans. To learn how borrower payments are allocated across multiple loans, visit SallieMae.com/allocation for more detailed information including illustrative examples.

## Payment application

Payments are applied to a loan based on the terms of the Promissory Note, usually first to Unpaid Fees, then to Unpaid Interest, and then to Current Principal. You may not designate a different method for applying payments. If you would like to pay more toward the Current Principal of your loan, all Unpaid Fees and Unpaid Interest must be satisfied first.

## Pay Ahead

If you're enrolled in auto debit, the pay ahead feature will be automatically suspended. Any amount that was paid ahead at the time of the enrollment will remain applied to the Current Balance of your loan but will no longer reduce the amount of future payments. If you're not enrolled in auto debit, then under the pay ahead feature of your loan, paying more than the Current Amount Due (and any Past Due Amount) in the current billing period will reduce the Current Amount Due in the following billing period(s).

For example, if your loan is current and the Current Amount Due in both January and February is $100, making a $200 payment in January would satisfy the Current Amount Due for both months. Although your February billing statement will reflect a Current Amount Due of $0, paying any amount that month may reduce the Total Loan Cost.

The Scheduled Payment Amount for the February billing statement shows what the Current Amount Due would have been if your loan was not paid ahead. If you prefer not to have overpayments reduce the Current Amount Due in the following billing period(s), please contact us to have the pay ahead feature turned off. Regardless of whether or not the pay ahead feature is used, an overpayment is applied to the Current Balance and effective the day it is received. You may pay any part of your loan at any time without penalty.

## Contact information

**Customer Care**
800-472-5543 (800-4-SALLIE)
Fax: 855-756-0011 • International: 877-416-0012

**Cosigner Payment Address**
Sallie Mae, P.O. Box 8377, Philadelphia, PA 19101-8377

**Correspondence Address**
Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319

**We support our troops!** Servicemembers, please call us at 855-534-2668 or visit us online at SallieMae.com/Military to learn more about your benefits.



sallie mae®

TONI R CATULLI

**Billing Summary**

Loan Number :
Customer Identification Number :
Billing Period : 04/28/23 to 05/27/23

**Activity Summary**

| | |
|---|---|
| Previous Billing Statement Balance | $26,627.14 |
| Current Billing Period Interest & Fees (+) | $235.48 |
| Payments Since Last Bill (-) | $0.00 |
| Current Balance | $26,862.62 |

**Payment Information**

| | |
|---|---|
| Past Due Amount (Pay Now) | $0.00 |
| Late Fee for Past Due Amount | $0.00 |
| Pay Past Due Amount by this Date to Avoid Late Fee | 06/06/23 |
| Current Amount Due | $0.00 |
| Current Amount Due Date | 06/22/23 |
| Pay Current + Past Due Amount by this Date to Avoid Additional Late Fee | 07/07/23 |
| Unpaid Fees | $0.00 |
| Total Amount Due (Past Due Amount + Current Amount Due + Unpaid Fees) | $0.00 |

Please see the back of this Billing Statement for important information about account terms relating to payments, credit reporting, and how to contact us.

## Loan Summary as of 05/27/2023

| | Loan Information | | | | | | Payment Information | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Loan ID | Total Disbursed Amount | Current Principal | Unpaid Interest & Fees | Current Balance | Interest Rate (F/V) | Scheduled Payment Amount | Current Amount Due | Past Due Amount | Unpaid Fees | Total Amount Due |
| | $23,124.00 | $23,124.00 | $3,738.62 | $26,862.62 | 12.500V | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Subtotals | $23,124.00 | $23,124.00 | $3,738.62 | $26,862.62 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Transaction Activity Summary

| Transaction Effective Date | Transactions Description | Amount |
|---|---|---|
| 05/27/23 | *ACCRUED INTEREST* | $235.48 |

1045    L4H    001  7  27  230526 0        PAGE 1 of 3        1 0 9108  0000  B075



sallie mae®

### Include Remittance Slip with Payment

| Loan Number | Due Date | Current Amount Due | Past Due Amount | Unpaid Fees | Total Amount Due | Amount Enclosed |
|---|---|---|---|---|---|---|
| | 06/22/23 | $0.00 | $0.00 | $0.00 | $0.00 | |

Make checks payable to Sallie Mae

(U.S. Currency only - Do not send cash)

TONI R CATULLI
PO BOX 2249
PUEBLO CO 81004-0249

SALLIE MAE
P. O. BOX 8459
PHILADELPHIA PA 19101-8459

2 ▌                    0000000000000000000000000000000000 0 6

**Private Education Loan Final Disclosure**

## Smart Option Student Loan

**BORROWER:** TONI R CATULLI

**COSIGNER:** TONI R CATULLI
4116 GOODNIGHT AVE
PUEBLO, CO 81005-1124

**CREDITOR:**
Sallie Mae Bank
P.O. Box 3319
Wilmington, DE 19804-4319

### RIGHT TO CANCEL

You have a right to cancel this transaction, without penalty, by midnight on July 29, 2021. No funds will be disbursed to you or to your school until after this time. You may cancel by logging into your online account at https://www.salliemae.com/ApplicationSummary or by calling us at (877) 279-7172.

## Loan Rates & Estimated Total Costs

| Total Loan Amount | Interest Rate | Finance Charge | Total of Payments |
|---|---|---|---|
| **$30,624.00** | **7.625%** | **$44,673.56** | **$75,297.56** |
| The total amount you are borrowing. | Your current interest rate. | The estimated dollar amount the credit will cost you. | The estimated amount you will have paid when you have made all payments. |

### ITEMIZATION OF AMOUNT FINANCED

| | |
|---|---|
| Amount paid to you | $0.00 |
| Amount paid to others on your Behalf:<br>• UNIVERSITY OF COLORADO BOULDER | + $30,624.00 |
| Amount Financed<br>(total amount provided) | = $30,624.00 |
| Initial finance charges<br>(total)<br>• Origination Fee ($0.00)<br>• Loan Guarantee Fee ($0.00) | + $0.00 |
| **Total Loan Amount** | = $30,624.00 |

### ABOUT YOUR INTEREST RATE

- **Your rate is variable.** This means that your actual rate varies with the market and could be lower or higher than the rate on this form. The variable rate is based upon the 30-day average Secured Overnight Financing Rate (SOFR) (as published by the Federal Reserve Bank of New York). For more information on this rate, see reference notes.

- Although your rate will vary, **it will never exceed 25.000%** (the maximum allowable for this loan).

- Your **Annual Percentage Rate (APR) is 6.954%.** The APR is typically different than the Interest Rate since it considers fees and reflects the cost of your loan as a yearly rate. For more information about the APR, see reference notes.

### FEES

- **Late Fee:** 5.000% of the amount of the past due payment, up to a maximum of $25.
- **Returned Check Fee:** up to $20.00.
- **Fee when you begin repaying the loan:** 0.000% of loan balance.

## Estimated Repayment Schedule & Terms

| | MONTHLY PAYMENTS | |
|---|---|---|
| **180 MONTH LOAN TERM** | at 7.625%<br>the current interest rate of your loan | at 25.000%<br>the maximum interest rate possible for your loan |
| **Sept. 22, 2021 - Nov. 22, 2027**<br>deferment period | No payment required<br>($14,253.43 in interest will accrue during this time) | No payment required<br>(Interest will accrue during this time) |
| **Dec. 22, 2027 - Oct. 22, 2042**<br>179 monthly payments | $419.21 | $1,651.99 |
| **Nov. 22, 2042 - Nov. 22, 2042**<br>1 monthly payment | $258.97 | $507.04 |

◀ The estimated **Total of Payments** at the Maximum Rate of Interest would be **$286,301.31.**

Actual number of monthly payments may vary at maximum rate.

## Private Education Loan Approval Disclosure

**Smart Option Student Loan**

**BORROWER:** TONI R CATULLI
4116 GOODNIGHT AVE, PUEBLO, CO 81005-1124
**COSIGNER:** TONI R CATULLI
4116 GOODNIGHT AVE, PUEBLO, CO 81005-1124

**CREDITOR:**
Sallie Mae Bank
P.O. Box 3319
Wilmington, DE 19804

# Loan Rates & Estimated Total Costs

| Total Loan Amount | Interest Rate | Finance Charge | Total of Payments |
|---|---|---|---|
| **$32,000.00** | **7.625%** | **$26,523.14** | **$58,523.14** |
| The total amount you are borrowing. | Your current interest rate. | The estimated dollar amount the credit will cost you. | The estimated amount you will have paid when you have made all payments. |

## ITEMIZATION OF AMOUNT FINANCED

| | |
|---|---|
| Amount paid to you | $0.00 |
| Amount paid to others on your Behalf:<br>• UNIVERSITY OF COLORADO BOULDER | + $32,000.00 |
| Amount Financed (total amount provided) | = $32,000.00 |
| Initial finance charges (total)<br>• Origination Fee ($0.00)<br>• Loan Guarantee Fee ($0.00) | + $0.00 |
| Total Loan Amount | = $32,000.00 |

## ABOUT YOUR INTEREST RATE

- **Your rate is variable.** This means that your actual rate varies with the market and could be lower or higher than the rate on this form. The variable rate is based upon the 30-day average Secured Overnight Financing Rate (SOFR) (as published by the Federal Reserve Bank of New York). For more information on this rate, see reference notes.

- Although your rate will vary, **it will never exceed 25.000%** (the maximum allowable for this loan).

- Your **Annual Percentage Rate (APR) is 7.573%.** The APR is typically different than the Interest Rate since it considers fees and reflects the cost of your loan as a yearly rate. For more information about the APR, see reference notes.

### FEES

- **Late Fee:** 5.000% of the amount of the past due payment, up to a maximum of $25.
- **Returned Check Fee:** up to $20.00.
- **Fee when you begin repaying the loan:** 0.000% of loan balance.

# Estimated Repayment Schedule & Terms

| 180 MONTH LOAN TERM | MONTHLY PAYMENTS | | |
|---|---|---|---|
| | at 7.625%<br>the current interest rate of your loan | at 25.000%<br>the maximum interest rate possible for your loan | |
| Sept. 22, 2021 - Dec. 22, 2022<br>deferment period | No payment required<br>($2,874.49 in interest will accrue during this time) | No payment required<br>(Interest will accrue during this time) | ◄ The estimated Total of Payments at the Maximum Rate of Interest would be $153,704.32. |
| Jan. 22, 2023 - Nov. 22, 2037<br>179 monthly payments | $325.77 | $884.64 | Actual number of monthly payments may vary at maximum rate. |
| Dec. 22, 2037 - Dec. 22, 2037<br>1 monthly payment | $210.31 | $661.60 | |

# Federal Loan Alternatives

| Loan Program | Current Interest Rates by Program Type* |
|---|---|
| **STAFFORD**<br>for Students | 3.730% fixed  Undergraduate subsidized |
| | 5.280% fixed  Undergraduate unsubsidized & Graduate |
| **PLUS**<br>for Parents and<br>Graduate / Professional<br>Students | 6.280% fixed  Federal Direct Loan |

**You may qualify for Federal education loans.**
For additional information, **contact your school's financial aid office or the Department of Education at:**

www.studentaid.gov

*To provide relief to student loan borrowers during the COVID-19 national emergency, interest on federal student loans is being temporarily set at 0%. For more information, including the duration of temporary rates, please see https://studentaid.gov/understand-aid/types/loans/interest-rates.

# Next Steps & Terms of Acceptance

**This offer is good until:**

August 19, 2021

### 1. Find Out About Other Loan Options.
Contact your school's financial aid office for more information.

### 2. You Have Until August 19, 2021 to Accept this Offer
The terms of this offer will not change except as permitted by law and the variable interest rate may change based on the market.

**To Accept the Terms of this loan, contact us at**

(855) 284-4880 or https://www.salliemae.com/ApplicationSummary

**REFERENCE NOTES**

**Variable Interest Rate**

- Your loan has a variable Interest Rate that is based on a publicly available index, the 30-day average Secured Overnight Financing Rate (SOFR) rounded up to the nearest one-eighth of one percent, which is currently 0.125%. Your rate is calculated each month by adding a margin of 7.500% to the SOFR rounded up to the nearest one-eighth of one percent.
- The Interest Rate may be higher or lower than your Annual Percentage Rate (APR) because the APR considers certain fees you pay to obtain this loan, the Interest Rate, and whether you defer (postpone) payments while in school.
- The rate will not increase more than once a month, but there is no limit on the amount that the rate could increase at one time. Your rate will never exceed 25.000%.
- If the Interest Rate increases your monthly payments will be higher and, depending on the Total Loan Amount, the number of monthly payments may increase.
- Please see your promissory note for more information about the circumstances in which a replacement or substitute index may be used in place of SOFR.
- You can change your interest rate type (fixed or variable interest rate) by calling (877) 279-7172 no later than two (2) business days before the first loan disbursement.

**Bankruptcy Limitations**

- If you file for bankruptcy you may still be required to pay back this loan.

**Repayment Options**

- You elected the Deferred Repayment option, so no payments are required while enrolled in school and during a separation period of 6 billing periods thereafter. You can make payments during that time.

  You can also change your repayment option choice to Interest Repayment or Fixed Repayment by calling (877) 279-7172 no later than two (2) business days before the first loan disbursement.
- More information about repayment deferral or forbearance options is available in your promissory note.

**Prepayments:**

- If you pay the loan off early, you will not have to pay a penalty. You will not be entitled to a refund of part of the finance charge.

See your promissory note for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

Military Lending Act Disclosure: To receive important disclosures and payment obligation information about this loan verbally, please call 855-455-6972.

Please note, Monthly Payments are referred to as "Current Amount Due" on the Promissory Note and in other correspondence.

# Smart Option Student Loan

**Application Promissory Note**     **Loan Request ID:** ▮▮▮▮

## Cosigner Information

**First Name:** TONI  **Middle Initial:** R  **Last Name:** CATULLI
**SSN:** ▮▮▮▮  **Date of Birth:** ▮▮▮▮  **Citizenship:** US Citizen
**Email Address:** ▮▮▮@comcast.net
**Relationship to Student:** Parent

### Permanent Address & Telephone Numbers

**Address Line 1:** 4116 GOODNIGHT AVE  **City:** PUEBLO
**Address Line 2:** N/A  **State:** CO  **ZIP Code:** 81005-1124
**Years at Permanent Address:** 1  Is Current Mailing Address different from Permanent Address: Yes
**Primary Phone Number:** (719) 250-2265  **Type:** Cell  **Secondary Phone Number:** (719) 250-2265  **Type:** Land

### Current Mailing Address

**Address Line 1:** 4116 Goodnight Ave  **City:** Pueblo
**Address Line 2:** N/A  **State:** CO  **ZIP Code:** 81005-1124

### Current International Mailing Address

**Address Line 1:** N/A
**Address Line 2:** N/A
**Address Line 3:** N/A  **Country Code:** N/A

### Previous Address

**Address Line 1:** N/A  **City:** N/A
**Address Line 2:** N/A  **State:** N/A  **ZIP Code:** N/A

### Employment Information

**Employment Status:** Employed  **Current Employer Name:** Pulse realestate
**Occupation:** Sales,CommissionedorOtherProfessional  **Length of Time at Current Employer:** 1  Years
**Work Phone Number:** (719) 250-2265  **Ext:** N/A

### Financial Information

**Gross Annual Income:** $200,000.00  **Residence Type:** Own  **Monthly Mortgage/Rent Amount:** 2500.00
**Source of Additional Income:** N/A  **Annual Gross Amount:** N/A
**Source of Additional Household Income:** N/A  **Annual Gross Amount:** N/A
**Do you have:** Checking account?: No  **Savings account?:** No  **CD and/or Money Market Account?:** No
  **Checking Amount:** N/A  **Savings Amount:** N/A  **CD/Money Market Amount:** N/A

### Personal Contacts

**#: 1**  **First Name:** N/A  **Last Name:** N/A
**Primary Phone Number:** N/A  **Relationship to Cosigner:** N/A
**Address Line 1:** N/A  **City:** N/A
**Address Line 2:** N/A  **State:** N/A  **ZIP** N/A

**#: 2**  **First Name:** N/A  **Last Name:** N/A
**Primary Phone Number:** N/A  **Relationship to Cosigner:** N/A
**Address Line 1:** N/A  **City:** N/A
**Address Line 2:** N/A  **State:** N/A  **ZIP** N/A

# Smart Option Student Loan

**Application Promissory Note**      **Loan Request ID:** ▮▮▮▮▮▮

---

**Loan Request Information**

### School & Student Information

**Student/Borrower Name:** TONI R CATULLI

**School Name:** UNIVERSITY OF COLORADO BOULDER      **City:** BOULDER      **State:** CO

### Lender Information

**Lender:** Sallie Mae Bank      **City:** Salt Lake City      **State:** UT    **Lender Code:** 900905

---

**Declaration**

**CAUTION – IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT**
**NOTICE TO CUSTOMER (a) DO NOT SIGN THIS BEFORE YOU READ THE PROMISSORY NOTE EVEN IF OTHERWISE ADVISED. (b) DO NOT SIGN THIS IF IT CONTAINS ANY BLANK SPACES. (c) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN. (d) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE UNDER THIS AGREEMENT AND YOU MAY BE ENTITLED TO A PARTIAL REFUND OF THE FINANCE CHARGE.**

I declare that the information provided above is true and complete to the best of my knowledge and belief. I have read the Promissory Note accompanying this application and each applicable Notice to Cosigner and agree to the terms therein. I understand and agree that you may obtain a consumer credit report in connection with this application and in connection with any updates, renewals or extensions of any credit as a result of this application.

**Cosigner Signature**   TONI R CATULLI            **(seal)**    **Date** 07/20/2021

▮▮▮▮▮▮▮▮▮▮



**sallie mae®**

TONI R CATULLI

You are currently paid ahead on your loan below, so the Current Amount Due is less than the Scheduled Payment Amount.

While you are only required to pay the Current Amount Due, paying any additional amount may result in paying less interest over the life of the loan and paying off the loan sooner.

Loan that
I did co-sign

### Billing Summary

| | |
|---|---|
| Loan Number | : |
| Customer Identification Number | : |
| Billing Period | : 05/28/23 to 06/27/23 |

**Activity Summary**

| | |
|---|---|
| Previous Billing Statement Balance | $339.39 |
| Current Billing Period Interest & Fees (+) | $4.21 |
| Payments Since Last Bill (-) | $0.00 |
| Current Balance | $343.60 |

**Payment Information**

| | |
|---|---|
| Past Due Amount (Pay Now) | $0.00 |
| Late Fee for Past Due Amount | $0.00 |
| Pay Past Due Amount by this Date to Avoid Late Fee | 07/07/23 |
| Current Amount Due | $0.00 |
| Current Amount Due Date | 07/22/23 |
| Pay Current + Past Due Amount by this Date to Avoid Additional Late Fee | 08/06/23 |
| Unpaid Fees | $0.00 |
| Total Amount Due (Past Due Amount + Current Amount Due + Unpaid Fees) | $0.00 |

Please see the back of this Billing Statement for important information about account terms relating to payments, credit reporting, and how to contact us.

## Loan Summary as of 06/27/2023

| | Loan Information | | | | | | Payment Information | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Loan ID | Total Disbursed Amount | Current Principal | Unpaid Interest & Fees | Current Balance | Interest Rate (F/V) | Scheduled Payment Amount | Current Amount Due | Past Due Amount | Unpaid Fees | Total Amount Due |
| | $1,600.00 | $336.26 | $7.34 | $343.60 | 14.750F | $50.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Subtotals | $1,600.00 | $336.26 | $7.34 | $343.60 | | $50.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Transaction Activity Summary

| Transaction Effective Date | Transactions Description | Amount |
|---|---|---|
| 06/27/23 | *ACCRUED INTEREST* | $4.21 |

1045    L4H    001  7  27  230627 0    PAGE 1 of 5    1 0  9108  0000  I147



**sallie mae®**

### Include Remittance Slip with Payment

| Loan Number | Due Date | Current Amount Due | Past Due Amount | Unpaid Fees | Total Amount Due | Amount Enclosed |
|---|---|---|---|---|---|---|
| | 07/22/23 | $0.00 | $0.00 | $0.00 | $0.00 | |

Make checks payable to Sallie Mae

(U.S. Currency only - Do not send cash)

RAY CATULLI
PO BOX 2249
PUEBLO CO 81004-0249

SALLIE MAE
P. O. BOX 8377
PHILADELPHIA PA 19101-8377

2

## REFERENCE NOTES

**Variable Interest Rate:**

- Your loan has a variable Interest Rate that is based on a publicly available index, the 30-day average Secured Overnight Financing Rate (SOFR) rounded up to the nearest one-eighth of one percent, which is currently 0.125%. Your rate is calculated each month by adding a margin of 7.500% to the SOFR rounded up to the nearest one-eighth of one percent.
- The Interest Rate may be higher or lower than your Annual Percentage Rate (APR) because the APR considers certain fees you pay to obtain this loan, the Interest Rate, and whether you defer (postpone) payments while in school.
- The rate will not increase more than once a month, but there is no limit on the amount that the rate could increase at one time. Your rate will never exceed 25.000%.
- If the Interest Rate increases your monthly payments will be higher and, depending on the Total Loan Amount, the number of monthly payments may increase.
- Please see your promissory note for more information about the circumstances in which a replacement or substitute index may be used in place of SOFR.
- You can change your interest rate type (fixed or variable interest rate) by calling (877) 279-7172 no later than two (2) business days before the first loan disbursement.

**Bankruptcy Limitations**

- If you file for bankruptcy you may still be required to pay back this loan.

**Repayment Options:**

- You elected the Deferred Repayment option, so no payments are required while enrolled in school and during a separation period of 6 billing periods thereafter. You can make payments during that time.

  You can also change your repayment option choice to Interest Repayment or Fixed Repayment by calling (877) 279-7172 no later than two (2) business days before the first loan disbursement.
- More information about repayment deferral or forbearance options is available in your promissory note.

**Prepayments:**

- If you pay the loan off early, you will not have to pay a penalty. You will not be entitled to a refund of part of the finance charge.

See your promissory note for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

---

Military Lending Act Disclosure: To receive important disclosures and payment obligation information about this loan verbally, please call 855-455-6972.

Please note, Monthly Payments are referred to as "Current Amount Due" in the promissory note and in other correspondence.

**:experian.**

| ⊘SALLIE MAE BANK INC | $27,108 |
|---|---|
| Exceptional payment history | Balance updated Jun 27, 2023 |

## 🖻 Account info

| | | | |
|---|---|---|---|
| Account name | SALLIE MAE BANK INC | Balance | $27,108 |
| Account number | | Balance updated | Jun 27, 2023 |
| Original creditor | - | Original balance | $23,124 |
| Company sold | - | Paid off | 0% |
| Account type | Education | Monthly payment | $336 |
| Date opened | Jul 26, 2021 | Terms | 180 Months |
| Open/closed | Open | Responsibility | Joint |
| Status | Open/Never late. | Your statement | - |
| Status updated | Jun 2023 | | |

## ⊡ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | — | — | — | — | — | ✓ | — | — | — | — | — | — |

✓ Current / Terms met      — Data Unavailable

## ▭ Contact info

| | |
|---|---|
| Address | PO BOX 3229 WILMINGTON, DE 19804 |
| Phone number | - |

## ⊿ Comments

-

**experian.**

**@SALLIE MAE BANK INC**                                                                          $343

Exceptional payment history                                                      Balance updated Jun 27, 2023

## 🖉 Account info

| | | | |
|---|---|---|---|
| Account name | SALLIE MAE BANK INC | Balance | $343 |
| Account number |  | Balance updated | Jun 27, 2023 |
| Original creditor |  | Original balance | $1,600 |
| Company sold | - | Paid off | 79% |
| Account type | Education | Monthly payment | $50 |
| Date opened | Jul 14, 2022 | Last Payment Date | May 05, 2023 |
| Open/closed | Open | Terms | 180 Months |
| Status | Open/Never late. | Responsibility | Joint |
| Status updated | Jun 2023 | Your statement | - |

## 🗓 Payment history

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | — | — | — | — | — | ✓ | — | — | — | — | — | — |

✓ Current / Terms met      — Data Unavailable

## ✉ Contact info

| Address | PO BOX 3229 WILMINGTON, DE 19804 |
|---|---|
| Phone number | - |

## 🗩 Comments

-

# *DURABLE POWE  ( OF ATTORNEY*

This power of attorney authorizes another person  your agent) to make decisions concerning your property for you (the principal). Your agent will   : able to make decisions and act with respect to your property (including your money) whether or  ot you are able to act for yourself. The meaning of authority over subjects listed on this form is ex  lained in the "Uniform Power of Attorney Act," Part 7 of Article 14 of Title 15, Colorado Revise  Statutes.

This power of attorney does not authorize the age  it to make health care decisions for you. You should select someone you trust to serve as your   gent. Unless you specify otherwise, generally the agent's authority will continue until you die, revok  : the power of attorney, the agent resigns, or the agent is unable to act for you.

**If you have questions about the power of atto  ney or the authority you are granting to your agent, you should seek legal advice befc re signing this form.**

I, Toni Raye Catulli, residing at 4116 Goodnight Ave, Pueblo, Colorado 81005, hereby appoint Ray Catulli of 4116 Goodnight Ave, Pueblo, Col rado 81005, as my attorney-in-fact ("Agent") to exercise the powers and discretions described be ow.

This Power of Attorney shall not be affected by n y subsequent incapacity.

I hereby revoke any and all general powers of att rney and special powers of attorney that previously have been signed by me.

My Agent shall have full power and authority to a t on my behalf. This power and authority shall authorize my Agent to manage and conduct all of i y affairs and to exercise all of my legal rights and powers, including all rights and powers that I nay acquire in the future. My Agent's powers shall include, but not be limited to, the power to:

    1. Open, maintain or close bank accounts (in luding, but not limited to, checking accounts, savings accounts, and certificates of deposit  brokerage accounts, retirement plan accounts, and other similar accounts with financial insti ttions.

        a. Conduct any business with any banki g or financial institution with respect to any of my accounts, including, but not limited :o, making deposits and withdrawals, negotiating or endorsing any checks or other instru ients with respect to any such accounts, obtaining bank statements, passbooks, rafts, money orders, warrants, and certificates or vouchers payable to me by any perso l, firm, corporation or political entity.

        b. Add, delete or change beneficiaries t  :
the following accounts:

| | |
|---|---|
| Bank/Institution: | Sallie Mae |
| Address: | P. O . Box 3319 |
| | Wilmington, Dela vare |
| Account Number: | Acct #▮▮▮▮▮▮▮ ALL SALLIE MAE ACCOUNTS and Communication |
| Type of Account: | Student Loan |

| | |
|---|---|
| Bank/Institution: | _____ |
| Address: | _____ |
| | _____ |
| Account Number: | _____ |
| Type of Account: | _____ |

| | |
|---|---|
| Bank/Institution: | Sallie Mae |
| Address: | P.O. Box 3319 |
| | Wilmington, Dela vare |
| Account Number: | Acct #▮▮▮▮▮▮▮ All Sallie Mae Accounts and Communication |
| Type of Account: | Student Loan |

c. Perform any act necessary to deposit, negotiate, sell or transfer any note, security, or draft of the United States of America, including U.S. Treasury Securities.

d. Have access to any safe deposit box that I might own, including its contents.

2. Sell, exchange, buy, invest, or reinvest any assets or property owned by me. Such assets or property may include income producing or non-income producing assets and property.

3. Purchase and/or maintain insurance and annuity contracts, including life insurance upon my life or the life of any other appropriate person.

4. Take any and all legal steps necessary to collect any amount or debt owed to me, or to settle any claim, whether made against me or asserted on my behalf against any other person or entity.

5. Enter into binding contracts on my behalf.

6. Exercise all stock rights on my behalf as my proxy, including all rights with respect to stocks, bonds, debentures, commodities, options or other investments.

7. Maintain and/or operate any business that I may own.

8. Employ professional and business assistance as may be appropriate, including attorneys, accountants, and real estate Agents.

9. Sell, convey, lease, mortgage, manage, insure, improve, repair, or perform any other act with respect to any of my property (now owned or later acquired) including, but not limited to, real estate and real estate rights (including the right to remove tenants and to recover possession). This includes the right to sell or encumber my homestead as described in the attached Exhibit.

10. Prepare, sign, and file documents with any governmental body or agency, including, but not limited to, authorization to:

    a. Prepare, sign and file income and other tax returns with federal, state, local, and other governmental bodies.

    b. Obtain information or documents from any government or its agencies, and represent me in all tax matters, including the authority to negotiate, compromise, or settle any matter with such government or agency.

    c. Prepare applications, provide information, and perform any other act reasonably requested by any government or its agencies in connection with governmental benefits (including medical, military and social security benefits), and to appoint anyone, including my Agent, to act as my "Representative Payee" for the purpose of receiving Social Security benefits.

11. Make gifts from my assets to members of my family and to such other persons or charitable organizations with whom I have an established pattern of giving (or if it is appropriate to make such gifts for estate planning and/or tax purposes), to file state and federal gift tax returns, and to file a tax election to split gifts with my spouse, if any. No Agent acting under this instrument, except as specifically authorized in this instrument, shall have the power or authority to (a) gift, appoint, assign or designate any of my assets, interests or rights, directly or indirectly, to such Agent, such Agent's estate, such Agent's creditors, or the creditors of such Agent's estate, (b) exercise any powers of appointment I may hold in favor of such Agent, such Agent's estate, such Agent's creditors, or the creditors of such Agent's estate, or (c) use any of my assets to discharge any of such Agent's legal obligations, including any obligations of support which such Agent may owe to others, *excluding* those whom I am legally obligated to support.

12. To create, sign, modify or revoke any trust agreements or other trust documents in an attempt to manage or create a trust that was created for my benefit or the benefit of my dependants, heirs or devisees. This shall include the creation, modification or revocation of any inter vivos, family living, irrevocable or revocable trusts.

This Power of Attorney shall be construed broadly as a General Power of Attorney. The listing of specific powers is not intended to limit or restrict the general powers granted in this Power of Attorney in any manner.

Any power or authority granted to my Agent under this document shall be limited to the extent necessary to prevent this Power of Attorney from causing, (i) my income to be taxable to my Agent, (ii) my assets to be subject to a general power of appointment by my Agent, or (iii) my Agent to have any incidents of ownership with respect to any life insurance policies that I may own on the life of my Agent.

My Agent shall not be liable for any loss that results from a judgment error that was made in good faith. However, my Agent shall be liable for willful misconduct or the failure to act in good faith while acting under the authority of this Power of Attorney. A Successor Agent shall not be liable for acts of a prior Agent.

No person who relies in good faith on the authority of my Agent under this instrument shall incur any liability to me, my estate or my personal representative. I authorize my Agent to indemnify and hold harmless any third party who accepts and acts under this document.

If any part of any provision of this instrument shall be invalid or unenforceable under applicable law, such part shall be ineffective to the extent of such invalidity only, without in any way affecting the remaining parts of such provision or the remaining provisions of this instrument.

My Agent shall be entitled to reasonable compensation for any services provided as my Agent. My Agent shall be entitled to reimbursement of all reasonable expenses incurred as a result of carrying out any provision of this Power of Attorney.

My Agent shall have the right by written instrument to delegate any or all powers granted involving discretionary decision-making to any person or persons whom my Agent may select, but such delegation may be amended or revoked by any Agent (including any Successor Agent) named by me who is acting under this Power of Attorney at the time of reference.

My Agent shall provide an accounting for all funds handled and all acts performed as my Agent as required under state law or upon my request or the request of any authorized personal representative, fiduciary or court of record acting on my behalf.

This Power of Attorney is granted in, and shall be governed by the laws of the state of Colorado; however, I intend that this Power of Attorney be universally recognized and that it be universally admissible to recordation. In the event that I become a resident of another jurisdiction, or obtain property, including real property or any other property interest, in another jurisdiction, it remains my intention that the laws of Colorado shall continue to govern this Power of Attorney.

This Power of Attorney shall become effective immediately, and shall not be affected by my disability or lack of mental competence, except as may be provided otherwise by an applicable state statute. This is a Durable Power of Attorney. This Power of Attorney shall continue effective until December 31, 2024. This Power of Attorney may be revoked by me at any time by providing written notice to my Agent.

Dated _12 - 22 - 23_ , _____, at Pueblo, Colorado.


_Toni Raye Catulli_
Toni Raye Catulli


STATE OF COLORADO,
COUNTY OF PUEBLO, ss:

This instrument was acknowledged before me on this _22nd_ day of _December_ , _2023_ by Toni Raye Catulli.

ALYSSA DIAZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234036062
MY COMMISSION EXPIRES SEPTEMBER 21 2027

_Alyssa Diaz_
Notary Public

My commission expires _September 21, 2027_

# *DURABLE POWER OF ATTORNEY*

This power of attorney authorizes another person (your agent) to make decisions concerning your property for you (the principal). Your agent will be able to make decisions and act with respect to your property (including your money) whether or not you are able to act for yourself. The meaning of authority over subjects listed on this form is explained in the "Uniform Power of Attorney Act," Part 7 of Article 14 of Title 15, Colorado Revised Statutes.

This power of attorney does not authorize the agent to make health care decisions for you. You should select someone you trust to serve as your agent. Unless you specify otherwise, generally the agent's authority will continue until you die, revoke the power of attorney, the agent resigns, or the agent is unable to act for you.

**If you have questions about the power of attorney or the authority you are granting to your agent, you should seek legal advice before signing this form.**

I, Toni Raye Catulli, residing at 4116 Goodnight Ave, Pueblo, Colorado 81005, hereby appoint Ray Catulli of 4116 Goodnight Ave, Pueblo, Colorado 81005, as my attorney-in-fact ("Agent") to exercise the powers and discretions described below.

This Power of Attorney shall not be affected by any subsequent incapacity.

I hereby revoke any and all general powers of attorney and special powers of attorney that previously have been signed by me.

My Agent shall have full power and authority to act on my behalf. This power and authority shall authorize my Agent to manage and conduct all of my affairs and to exercise all of my legal rights and powers, including all rights and powers that I may acquire in the future. My Agent's powers shall include, but not be limited to, the power to:

    1. Open, maintain or close bank accounts (including, but not limited to, checking accounts, savings accounts, and certificates of deposit, brokerage accounts, retirement plan accounts, and other similar accounts with financial institutions.

        a. Conduct any business with any banking or financial institution with respect to any of my accounts, including, but not limited to, making deposits and withdrawals, negotiating or endorsing any checks or other instruments with respect to any such accounts, obtaining bank statements, passbooks, drafts, money orders, warrants, and certificates or vouchers payable to me by any person, firm, corporation or political entity.

        b. Add, delete or change beneficiaries to :
        the following accounts:

CASE NUMBER: 2023C425

| | |
|---|---|
| Bank/Institution: | Sallie Mae |
| Address: | P. O . Box 3319 |
| | Wilmington, Delaware |
| Account Number: | Acct # ██████████ ALL SALLIE MAE ACCOUNTS and Communication |
| Type of Account: | Student Loan |

| | |
|---|---|
| Bank/Institution: | _____ __ |
| Address: | _____ __ |
| | _____ __, _____ |
| Account Number: | _____ __ |
| Type of Account: | _____ __ |

| | |
|---|---|
| Bank/Institution: | Sallie Mae |
| Address: | P.O. Box 3319 |
| | Wilmington, Delaware |
| Account Number: | Acct # ██████████ All Sallie Mae Accounts and Communication |
| Type of Account: | Student Loan |

c. Perform any act necessary to deposit, negotiate, sell or transfer any note, security, or draft of the United States of America, including U.S. Treasury Securities.

d. Have access to any safe deposit box that I might own, including its contents.

2. Sell, exchange, buy, invest, or reinvest any assets or property owned by me. Such assets or property may include income producing or non-income producing assets and property.

3. Purchase and/or maintain insurance and annuity contracts, including life insurance upon my life or the life of any other appropriate person.

4. Take any and all legal steps necessary to collect any amount or debt owed to me, or to settle any claim, whether made against me or asserted on my behalf against any other person or entity.

5. Enter into binding contracts on my behalf.

6. Exercise all stock rights on my behalf as my proxy, including all rights with respect to stocks, bonds, debentures, commodities, options or other investments.

7. Maintain and/or operate any business that I may own.

8. Employ professional and business assistance as may be appropriate, including attorneys, accountants, and real estate Agents.

9. Sell, convey, lease, mortgage, manage, insure, improve, repair, or perform any other act with respect to any of my property (now owned or later acquired) including, but not limited to, real estate and real estate rights (including the right to remove tenants and to recover possession). This includes the right to sell or encumber my homestead as described in the attached Exhibit.

10. Prepare, sign, and file documents with any governmental body or agency, including, but not limited to, authorization to:

a. Prepare, sign and file income and other tax returns with federal, state, local, and other governmental bodies.

b. Obtain information or documents from any government or its agencies, and represent me in all tax matters, including the authority to negotiate, compromise, or settle any matter with such government or agency.

c. Prepare applications, provide information, and perform any other act reasonably requested by any government or its agencies in connection with governmental benefits (including medical, military and social security benefits), and to appoint anyone, including my Agent, to act as my "Representative Payee" for the purpose of receiving Social Security benefits.

11. Make gifts from my assets to members of my family and to such other persons or charitable organizations with whom I have an established pattern of giving (or if it is appropriate to make such gifts for estate planning and/or tax purposes), to file state and federal gift tax returns, and to file a tax election to split gifts with my spouse, if any. No Agent acting under this instrument, except as specifically authorized in this instrument, shall have the power or authority to (a) gift, appoint, assign or designate any of my assets, interests or rights, directly or indirectly, to such Agent, such Agent's estate, such Agent's creditors, or the creditors of such Agent's estate, (b) exercise any powers of appointment I may hold in favor of such Agent, such Agent's estate, such Agent's creditors, or the creditors of such Agent's estate, or (c) use any of my assets to discharge any of such Agent's legal obligations, including any obligations of support which such Agent may owe to others, *excluding* those whom I am legally obligated to support.

12. To create, sign, modify or revoke any trust agreements or other trust documents in an attempt to manage or create a trust that was created for my benefit or the benefit of my dependants, heirs or devisees. This shall include the creation, modification or revocation of any inter vivos, family living, irrevocable or revocable trusts.

This Power of Attorney shall be construed broadly as a General Power of Attorney. The listing of specific powers is not intended to limit or restrict the general powers granted in this Power of Attorney in any manner.

Any power or authority granted to my Agent under this document shall be limited to the extent necessary to prevent this Power of Attorney from causing, (i) my income to be taxable to my Agent, (ii) my assets to be subject to a general power of appointment by my Agent, or (iii) my Agent to have any incidents of ownership with respect to any life insurance policies that I may own on the life of my Agent.

My Agent shall not be liable for any loss that results from a judgment error that was made in good faith. However, my Agent shall be liable for willful misconduct or the failure to act in good faith while acting under the authority of this Power of Attorney. A Successor Agent shall not be liable for acts of a prior Agent.

No person who relies in good faith on the authority of my Agent under this instrument shall incur any liability to me, my estate or my personal representative. I authorize my Agent to indemnify and hold harmless any third party who accepts and acts under this document.

If any part of any provision of this instrument shall be invalid or unenforceable under applicable law, such part shall be ineffective to the extent of such invalidity only, without in any way affecting the remaining parts of such provision or the remaining provisions of this instrument.

My Agent shall be entitled to reasonable compensation for any services provided as my Agent. My Agent shall be entitled to reimbursement of all reasonable expenses incurred as a result of carrying out any provision of this Power of Attorney.

My Agent shall have the right by written instrument to delegate any or all powers granted involving discretionary decision-making to any person or persons whom my Agent may select, but such delegation may be amended or revoked by any Agent (including any Successor Agent) named by me who is acting under this Power of Attorney at the time of reference.

My Agent shall provide an accounting for all funds handled and all acts performed as my Agent as required under state law or upon my request or the request of any authorized personal representative, fiduciary or court of record acting on my behalf.

This Power of Attorney is granted in, and shall be governed by the laws of the state of Colorado; however, I intend that this Power of Attorney be universally recognized and that it be universally admissible to recordation. In the event that I become a resident of another jurisdiction, or obtain property, including real property or any other property interest, in another jurisdiction, it remains my intention that the laws of Colorado shall continue to govern this Power of Attorney.

This Power of Attorney shall become effective immediately, and shall not be affected by my disability or lack of mental competence, except as may be provided otherwise by an applicable state statute. This is a Durable Power of Attorney. This Power of Attorney shall continue effective until December 31, 2024. This Power of Attorney may be revoked by me at any time by providing written notice to my Agent.

Dated _12- 22- 23_ , _____, at Pueblo, Colorado.

_Toni Raye Catulli_
Toni Raye Catulli

STATE OF COLORADO,
COUNTY OF PUEBLO, ss:

This instrument was acknowledged before me on this _22nd_ day of _December_ , _2023_ by Toni Raye Catulli.

ALYSSA DIAZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234036062
MY COMMISSION EXPIRES SEPTEMBER 21 2027

_Alyssa Diaz_
Notary Public

My commission expires _September 21, 2027_