UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 1:24-cv-00128-PAB-MDB

RAY CATULLI,
TONI R CATULLI,
    Plaintiffs,

v.

SALLIE MAE dba SALLIE MAE BANK,
    Defendant.

## PLAINTIFF RAY CATULLI'S FIRST AMENDED COMPLAINT

### JURISDICTION AND VENUE

1. This Court has federal question jurisdiction under the FCRA, *15 U.S.C. §1681p* and *28 U.S.C. §1331*.

2. Venue is proper in this District under *28 U.S.C. §1391(b)* as Plaintiff Ray Catulli resides in Pueblo, Colorado and a substantial part of the events or omissions giving rise to the claim occurred in this District.

### PARTIES

3. Plaintiff Ray Catulli is a natural person who resides in Pueblo, Colorado.

4. Defendant SLM Corporation is a Delaware corporation that does business as Sallie Mae Bank with its headquarters located in Wilmington, Delaware. Defendant is a "furnisher" of credit information as contemplated by the FCRA, *15 U.S.C. §1681s-2(b)*.

## FACTUAL ALLEGATIONS

5. In July 2021, a private student loan account was opened in the amount of $32,000 (the "Account") listing the primary borrower as Plaintiff Ray Catulli's daughter, Toni R. Catulli.

6. Plaintiff Ray Catulli's social security number was included on the application for the Account without Plaintiff Ray Catulli's knowledge or consent.

7. Upon information and belief, Defendant auto-decisioned the application without any meaningful review, thereby allowing Plaintiff Ray Catulli's social security number to be used without verifying the application's accuracy.

8. Plaintiff Ray Catulli did not co-sign the loan or authorize the use of his social security number in any way.

9. At some point thereafter, Defendant began falsely reporting the Account on Plaintiff Ray Catulli's credit reports with Trans Union, Experian and Equifax, damaging Plaintiff Ray Catulli.

10. Plaintiff Ray Catulli disputed the inaccurate Account information with Trans Union, Experian and Equifax pursuant to *15 U.S.C. § 1681i*.

11. Trans Union, Experian, and Equifax each notified Defendant of Plaintiff Ray Catulli's dispute pursuant to *15 U.S.C. § 1681i* and provided Defendant with notice of the dispute through the automated CDI system.

12. Instead of conducting a reasonable investigation into the disputed information as required by *15 U.S.C.§ 1681s-2(b)*, Defendant merely updated balance information and other immaterial facts regarding the Account.

13. As a result of Defendant's unreasonable procedures and failure to properly investigate, false information regarding the Account remained on and continued to have a negative impact on Plaintiff Ray Catulli's credit profile with Trans Union, Experian and Equifax.

14. The continued reporting of false information regarding Plaintiff Ray Catulli was a direct result of Defendant's failure to properly investigate, correct inaccurate data as required by § 1681s-2(b), and implement reasonable procedures to avoid re-polluting Plaintiff Ray Catulli's credit file.

## COUNT I, VIOLATIONS OF THE FAIR CREDIT REPORTING ACT – 15 U.S.C. § 1681s-2(b)

15. Plaintiff Ray Catulli repeats and incorporates by reference into this cause of action the allegations set forth above at Paragraphs 1-14.

16. Pursuant to sections 1681n and 1681o of the FCRA, Defendant is liable to Plaintiff Ray Catulli for engaging in the following conduct:

   a. Willfully and negligently failing to conduct an investigation of the inaccurate information that Plaintiff Ray Catulli disputed;

   b. Willfully and negligently failing to review all relevant information concerning Plaintiff Ray Catulli's account provided to Defendant;

   c. Willfully and negligently reporting the inaccurate status of the inaccurate information to all credit reporting agencies;

   d. Willfully and negligently failing to properly participate, investigate and comply with the reinvestigations that were conducted by any and all credit reporting agencies concerning the inaccurate information disputed by Plaintiff Ray Catulli;

    e. Willfully and negligently continuing to furnish and disseminate inaccurate credit, account and other information concerning the Plaintiff Ray Catulli to the credit reporting agencies; and

    f. Willfully and negligently failing to comply with the requirements for furnishers of information enumerated in *15 U.S.C. §1681s-2(b)*.

17. Defendant's conduct was a direct and proximate cause, as well as a substantial factor, in causing serious injuries, damages and harm to Plaintiff Ray Catulli, including, but not limited to: reduction in FICO credit score, denial of consumer credit, high interest rates for consumer credit secured, undue stress and anxiety.

18. As a result of Defendant's misconduct listed above and failure to comply with the requirements under the FCRA, Plaintiff Ray Catulli has suffered actual damages including credit denials, reduction of available credit, and other emotional distress and mental anguish, for which Plaintiff Ray Catulli seeks damages in an amount to be determined by the jury.

19. Defendant's misconduct was willful, rendering it liable for punitive damages in an amount to be determined by the jury.

20. In the alternative, Defendant was negligent, which entitles Plaintiff Ray Catulli to recover damages under *15 U.S.C. § 1681o*.

21. Plaintiff Ray Catulli is entitled to recover costs and attorney's fees from Defendant pursuant to *15 U.S.C. § 1681n* and *§ 1681o*.

WHEREFORE, Plaintiff Ray Catulli respectfully requests that this Court enter judgment against Defendant for statutory, actual, and punitive damages, in addition to costs, interest, and attorneys' fees and any other relief this Court deems proper.

**PLAINTIFF RAY CATULLI DEMANDS TRIAL BY JURY**

Respectfully submitted,

Dated:  January 30, 2024

<u>s/ Matthew R. Osborne</u>
Matthew R. Osborne #40835
Thomas Crowley #51710
Ramos Law
10190 Bannock St, Suite 200
Northglenn, CO 80260
Phone Number: (303) 733-6353
E-mail: mosborne@ramoslaw.com
          tcrowley@ramoslaw.com

*Attorneys for Plaintiff Ray Catulli*

**CERTIFICATE OF SERVICE**

I certify that on 1/30/24, I served a true and correct copy of the First Amended Complaint via the Court's CM/ECF system, which will automatically send notice to:

All counsel of record

s/Mike Nobel